# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

EDUCATIONAL CREDIT MANAGEMENT )
CORPORATION,                  )
    Plaintiff(s)              )
                               )
    v.                         )  CIVIL ACTION NO. 3:10-cv-30069-MAP
                               )
JOSEPH LAVERSA a/b/a VILLAGE  )
GRAIN & HARDWARE              )
    Defendant(s)              )

### JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]  **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]  **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the plaintiff Educational Credit Management Corporation, against the defendant Joseph LaVersa, pursuant to the court's endorsed order entered this date, granting judgement for plaintiff in the amounts of $6,803.04 in punitive damages, $1,739.76 for fees and $389.26 for costs, for a total of $8,932.56.

                                          **SARAH A. THORNTON**,
                                          CLERK OF COURT

Dated: September 9, 2010        By /s/ *Maurice G. Lindsay*
                                      Maurice G. Lindsay
                                      Deputy Clerk

(Civil Judgment (Routine).wpd - 11/98)                                        [jgm.]